IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| SUSAN E. ARNOLD, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Civil No. 16-cv-146-JPG-CJP |
| NANCY A. BERRYHILL, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED** and **REMANDED** for rehearing and reconsideration of the evidence, pursuant to sentence <u>four</u> of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Susan E. Arnold and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED:** June 5, 2017

                                                           **JUSTINE FLANAGAN,**
                                                           **Acting Clerk of Court**

                                                      **BY:**   <u>s/Tina Gray</u>
                                                                  **Deputy Clerk**

**Approved:**
s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**